HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA GONZLEZ-AMEZCUA, ) | Civil No. 05-00773 JSW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, ) Commissioner, Social Security ) Administration, ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Wednesday, July 27, 2005 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1
STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney



Dated: June 24, 2005                     /s/
                                    _____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney




Dated: June 24, 2005                     /s/
                                    _____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    AMALIA GONZLEZ-AMEZCUA


IT IS SO ORDERED.


Dated: June 27, 2005                /s/ Jeffrey S. White
                                    _____
                                    HON. JEFFREY S. WHITE
                                    U.S. District Judge
```

STIPULATION AND ORDER

2