```
HARVEY P. SACKETT (72488)
SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444


/ne

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA GONZLEZ-AMEZCUA,<br><br>           Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security Administration,<br><br>           Defendant. | Civil No. 05-00773 JSW<br><br>STIPULATION AND ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, August 10, 2005 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney


Dated: July 14, 2005                    /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney



Dated: July 13, 2005                    /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        AMALIA GONZLEZ-AMEZCUA


IT IS SO ORDERED.


Dated: July 25, 2005                     /s/ Jeffrey S. White
                                        HON. JEFFREY S. WHITE
                                        U.S. District Judge
```

STIPULATION AND ORDER

2