HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA GONZLEZ-AMEZCUA, ) | Civil No. 05-00773 JSW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third and <u>final</u> extension of time up through and including Wednesday, August 24, 2005 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1
STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney


Dated: August 10, 2005                   /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney



Dated: August 9, 2005                    /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        AMALIA GONZLEZ-AMEZCUA


IT IS SO ORDERED.


Dated:  August 10, 2005                 _____
                                        HON. JEFFREY S. WHITE
                                        U.S. District Judge
```

STIPULATION AND ORDER

2