```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-7260
        Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMALIA GONZALEZ-AMEZCUA, <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO.  05-00773 JSW <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response would have been due on September 1, 2005, pursuant to Civil L.R.16-5.  However, because the computers in the United States Attorney's Office were not operating at that time, the e-mail notification was not received.  The

///
///
///
///
///
///

---

[1] See attached Declaration of Katherine Loo.


parties have agreed that Defendant's response is now due on January 4, 2006.

This is defendant's first request.

Dated: November 30, 2005
    /s/
HARVEY P. SACKETT
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: November 30, 2005   By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: December 5, 2005
JEFFREY S. WHITE
United States District Judge

GONZALEZ-AMEZCUA, EXT.MXSJ (kl)
C 05-00773 JSW    2