KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMALIA GONZALEZ-AMEZCUA, <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 05-00773 JSW <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an additional extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1] Defendant's response was due on January 4, 2006, pursuant to Civil L.R.16-5. Defendant's response is now due on February 3, 2006.

///
///
///
///
///
///

---

[1] See attached Declaration of Katherine Loo.

1 | This is defendant's second request.

5 | Dated: December 22, 2005        /s/
6 |                          HARVEY P. SACKETT
    |                          Attorney for Plaintiff

    |                          KEVIN V. RYAN
8 |                          United States Attorney

12 | Dated: December 23, 2005    By:    /s/
    |                          ALEX G. TSE, for
13 |                          SARA WINSLOW
    |                          Assistant United States Attorney

15 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

16 | This will be the final extension of time.

19 | Dated: December 23, 2005    _____
20 |                          JEFFREY S. WHITE
    |                          United States District Judge

GONZALEZ-AMEZCUA, EXT.MXSJ (kl)
C 05-00773 JSW                            2